## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. WILLIAM C. FRIDRICH, | : | |
| | : | DKT No.: 3:23-cv-00941-SRU |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HORIZON THERAPEUTICS, PLC | : | |
| | : | |
| Defendant. | : | January 2, 2024 |

### NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, Dr. William Fridrich, hereby respectfully gives notice of his voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1). He respectfully requests the case be closed.

    The Plaintiff,

    By: /s/ Cameron L. Atkinson /s/
    Cameron L. Atkinson, Esq. (ct31219)
    ATKINSON LAW, LLC
    122 Litchfield Rd., Ste. 2
    P.O. Box 340
    Harwinton, CT 06791
    Telephone: 203.677.0782
    Email: catkinson@atkinsonlawfirm.com

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on the foregoing date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties and counsel of record who have appeared by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Cameron L. Atkinson /s/